IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COUNTRY MUTUAL INSURANCE CO.,
as subrogee of ROBERT L. MALONE,

**Plaintiff,**

v.

THE YAMAHA MOTOR CORPORATION,
USA,

**Defendant.**                                                            No. 09-0596-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On August 6, 2009, Plaintiff filed this lawsuit against Defendant in this Court based on diversity jurisdiction, 28 U.S.C. § 1332, alleging products liability and negligence (Doc. 2). On September 10, 2009, attorneys for Defendant entered appearances and filed a motion to stay (Docs. 4,5 & 6). As of this date, neither party has filed the disclosure statement required by **Federal Rule of Civil Procedure 7.1**. Thus, the Court **ORDERS** the parties to file the disclosure statements on or before September 25, 2009.

**IT IS SO ORDERED.**

Signed this 11th day of September, 2009.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**